UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ANGEL SIFUENTES III,
    Plaintiff,

V.

TWITTER INC,
    Defendant.
_____/

CASE NO. 1:22-cv-01128
HON. ROBERT J. JONKER
U.S. DISTRICT JUDGE

HON. PHILLIP J. GREEN
U.S. MAGISTRATE JUDGE

## CLERKS ENTRY OF DEFAULT JUDGMENT AND AFFIDAVIT IN SUPPORT

Now Comes, Plaintiff, David Angel Sifuentes III in Pro Se and request entry of default judgment against **Twitter Inc.,** and enter a judgment of $251,350,000 to be awarded to David Angel Sifuentes III pursuant to Federal Rules of Civil Procedure 55(b)(1):

*By the Clerk*, If the plaintiff's claim is for a sum certain or sum that can be made certain by computation, the clerk-on the plaintiff's request, with an affidavit showing the amount due must enter judgment for that amount and costs against defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person. Fed.R.Civ.P. 55(b)(1)

Twitter has defaulted for not appearing, has failed to plead and otherwise defend. An amount due to Sifuentes is $251,350,000, **which is on the docket, on the section demand**.

Please review the Affidavit,

## AFFIDAVIT

In support if the Request for Clerk's Entry of Default Judgment, I, David Angel Sifuentes III, I upon oath and affirmation of belief and personal knowledge that the following statements are true and correct:

1. Twitter, Inc... is subject to default judgment.

2. Twitter, Inc. has been served in a manner authorized by Fed. R. Civ. P. 4 by mail to their cooperate office, which address is: **Twitter Headquarters, 1355 Market St. Ste., 900, San Francisco, CA 94103** on are around December 15, 2022 and docketed by the court and dated December 21, 2022 and had 21 days around January 5, 2023 to respond to the complaint.

1

3. A default judgment should be entered against Twitter because the party has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 55(a), within 21 days

4. Sifuentes request that a judgment for the amount due of $251,350,000 and costs against Twitter who has defaulted for not appearing by the due date of January 5, 2023, who is neither a minor nor an incompetent person, be entered.

5. The named party is not an infant, incompetent person or currently in the military service.

DATED this 10th day of January 2023

_____
Affiant
David Angel Sifuentes III
Plaintiff In Pro Se
439 More St. NE Unit 2
Grand Rapids, MI 49503
(616)283-5215
davidsifuentes61@yahoo.com

SUBSCRIBED AND SWORN to before me, this 10th day of January, 2023

_____
NOTARY PUBLIC

T. JONES
NOTARY PUBLIC – STATE OF MICHIGAN
COUNTY OF KENT
MY COMMISSION EXPIRES 09/01/2025
Acting in the County of Kent

To: Clerk
    399 Federal Bldg
    110 Michigan St. NW
    Grand Rapids, MI 49503

From: David Angel Sifuentes III
    439 More St. NE Unit 2
    Grand Rapids, MI 49503

Re: ***David Angel Sifuentes III v. Twitter Inc., Case No. 1:22-cv-01128***

Dear Clerk:

    Enclosed please find for filing in the above matter one original of Plaintiff's clerk entry for default and default judgment and affidavit in support, and certificate of service. I am filing in Pro Se if you have any questions please contact me at 616-283-5215 are email at davidsifuentes61@yahoo.com. Thank you for your time in this matter. Have a great day.

Respectfully,

David Angel Sifuentes III
In Pro Se
Ph. 616-283-5215
Email: davidsifuentes61@yahoo.com

Dated: January 10, 2023

CC: File
    Court